**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Katherine Olson and
Lyle Olson,

Case File No. 02-351 PAM/SRN

Plaintiffs,

vs

Banta Publications, a/k/a
Banta Publications Group, a/k/a
The Banta Publication Group
Long Prairie, and d/b/a in Minnesota
as Banta Corporation of Minnesota

and

Graphic Communications International
Union a/k/a Graphic Communications
International Union Locals 1M,

and

Mark Deterding, Patrick Aho,
Wallace Hedland, Duane Byers,
and Keven O'Keefe,

Defendants.

**STIPULATION OF DISMISSAL OF PLAINTIFF'S CAUSE OF ACTION AGAINST GCIU**

**AND**

**DISMISSAL OF COUNT SEVEN OF PLAINTIFF'S COMPLAINT AGAINST BANTA**

**AND**

**ORDER**

---

STIPULATION

WHEREAS, Plaintiffs desire to dismiss their various causes of action against GCIU and O'Keefe in their entirety; and

WHEREAS, Plaintiffs desire to dismiss their cause of action against Banta alleging violations of labor contracts; and,

WHEREAS, Defendants are in agreement with these dismissals;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs and



MAY 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Banta, as follows:

1. The Plaintiffs' may, and hereby do, dismiss their various causes of action against GCIU and O'Keefe.
2. The Plaintiffs' may, and hereby do, dismiss Count Seven of their Complaint herein alleging violations against Banta of labor contract provisions in its entirety, with prejudice.
3. The plaintiff's reserve, however, all other causes of action set forth in their Compaint herein against Banta.

Dated: April 2, 2002.

Michael K. O'Tool
Attorney Reg. 83203
Attorney for Plaintiffs
18073 Bernard Road
Brainerd, MN 56401
(218)828-1970

Thomas A. Harder
Attorney Reg. 158987
Attorney for Defendants
Banta, Deterding,
Aho, Hedland & Beyers
200 Lafayette Bldg.
1108 Nicollet Mall
Minneapolis, MN 55403

Kelly A. Jeanetta
Attorney Reg. 277204
Attorney for GCIU & O'Keefe
1208 Plymouth Bldg.
12 South Sixth Street
Minneapolis, MN 55402

ORDER APPROVING STIPULATION

Upon the above Stipulation of the parties, and upon all of the files, records and proceedings herein, and being fully advised in the premises, the Court hereby makes the following:

ORDER

1. The Plaintiffs' causes of action against GCIU and O'Keefe are hereby dismissed in their entirety and with prejudice.

2. Count Seven of the Plaintiffs' Complaint against Banta, is hereby dismissed in its entirety and with prejudice.

3. The Plaintiffs' have preserved their remaining causes of action against Banta, Deterding, Aho, Hedland, and Beyers and such causes of action are not affected by this Order.

Dated: May 8, 2002.

Hon. Paul A. Magnuson
Judge of United States
District Court