UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Katherine Olson and Lyle Olson,

Plaintiffs,

v.

Banta Publications, a/k/a Banta Publications Group, a/k/a The Banta Publication Group Long Prairie, and d/b/a in Minnesota as Banta Corporation of Minnesota

and

Graphic Communications International Union, a/k/a Graphic Communications International Union Locals 1M,

and

Mark Deterding, Patrick Aho, Wallace Hedland, Duane Beyers, and Keven O'Keefe,

Defendants.

Court File No.: 02-351 PAM/SRN
Case Type: Other Civil/Discrimination Harassment

AND ORDER
**STIPULATION/OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants Banta Publications, a/k/a Banta Publishing Group, a/k/a The Banta Publication Group – Long Prairie, d/b/a in Minnesota as Banta Corporation of Minnesota, and Mark Deterding, Patrick Aho, Wallace Hedland, and Duane Beyers (all collectively referred to hereafter as "Banta"), through their respective undersigned counsel, that the above-captioned action may be and is hereby dismissed with prejudice and without costs to any party.

FILED MAR 1 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 1 2 2003
DEPUTY CLERK ________

**IT IS FURTHER STIPULATED AND AGREED** that judgment of dismissal with prejudice may be entered pursuant to this Stipulation without further notice.

Dated: 3/5/03

By: [signature]
Michael K. O'Tool (#83203)
18073 Bernard Trail
Brainerd, MN 56401
Telephone: (218) 828-1970
ATTORNEY FOR PLAINTIFFS

Dated: 2/25/03

FOLEY & MANSFIELD, P.L.L.P.

By: [signature]
Thomas A. Harder (#158987)
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403
Telephone: (612) 338-8788
ATTORNEYS FOR DEFENDANTS

**ORDER**

Based on the above Stipulation,

**IT IS HEREBY ORDERED:**

1. That Plaintiffs' claims against Defendants are dismissed with prejudice and without costs to any party; and

2. That there being no just reason for delay, the Clerk of Court is directed to enter a judgment of dismissal with prejudice in favor of Defendants Banta Publications, a/k/a Banta Publishing Group, a/k/a The Banta Publication Group – Long Prairie, d/b/a in Minnesota as Banta Corporation of Minnesota, and Mark Deterding, Patrick Aho, Wallace Hedland, and Duane Beyers and against Plaintiffs.

**LET JUDGMENT BE ENTERED FORTHWITH.**

BY THE COURT:

Dated: March 11, 2003

By: ______________________
~~Susan Richard Nelson~~
Judge of District Court